# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ERNST ETIENNE and GUADALUPE BELLINI, | |
| Plaintiff, | 2:12-cv-02070-GMN-VCF |
| vs. | **MINUTE ORDER** |
| FORD MOTOR COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY, et al., | |
| Defendants. | |

Before the Court are the Stipulation Request to Extend Discovery Further for 120 days (#25), Ford Motor Company's Objection to Plaintiffs' Purported Stipulation to Extend Discovery (#26), and The Goodyear Tire & Rubber Company's Objection to Plaintiffs' Purported Stipulation to Extend Discovery (#27).

IT IS HEREBY ORDERED that a hearing on the Stipulation Request to Extend Discovery Further for 120 days (#25) is scheduled for 10:00 a.m., February 14, 2014, in Courtroom 3D, Lloyd D. George U.S. Courthouse, U.S. District Court- District of Nevada, Las Vegas, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Plaintiffs Ernst Etienne and Guadalupe Bellini must attend the hearing in person.

DATED this 30th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE