# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ERNST ETIENNE and GUADALUPE BELLINI, | |
| Plaintiff, | 2:12-cv-02070-GMN-VCF |
| vs. | **ORDER** |
| FORD MOTOR COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY, et al., | |
| Defendants. | |

On December 5, 2013, plaintiffs filed a Stipulation for Extension of Time (#25). Defendants objected, asserting that counsel for defendants did not authorize the application of their electronic signatures to Docket #25 and arguing that the extension requested by plaintiffs should not be granted.

Treating the Stipulation #25 as a motion for extension of time, that motion is GRANTED in part and DENIED in part, as follows:

1. Plaintiffs are granted through March 17, 2014, to obtain counsel. Counsel must file a notice of appearance by March 17, 2014;

2. Discovery is not reopened;

3. Defendant Ford Motor Company has until April 16, 2014, to supplement its Motion for Summary Judgment (#29) in light of plaintiffs' depositions taken last week;

4. April 16, 2014, is the date by which all parties must file dispositive motions;

5. The opposition to Ford's Motion for Summary Judgment (#29) will be due on April 30, 2014; the time for any reply will be governed by Local Rule 7-2(c); and

6. The date for filing the joint pretrial order will be thirty (30) days after decision of all dispositive motions or further order of the court.

IT IS SO ORDERED.

DATED this 14th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE