# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ERNST ETIENNE and GUADALUPE BELLINI, | |
| Plaintiff, | 2:12-cv-02070-GMN-VCF |
| vs. | **MINUTE ORDER** |
| FORD MOTOR COMPANY; THE GOODYEAR TIRE AND RUBBER COMPANY, et al., | |
| Defendants. | |

Before the Court are Plaintiffs' Stipulation Request to Re-Open Discovery Further for 120 Days Because Prospective Counsel (#34) and Defendant Ford Motor Company's Motion to Strike Plaintiffs' Purported Stipulation to Re-Open Discovery (#35).

IT IS HEREBY ORDERED that Plaintiff's opposition to Defendant Ford Motor Company's Motion to Strike Plaintiffs' Purported Stipulation to Re-Open Discovery (#35) is due on or before March 10, 2014 and the reply in support of Defendant's Motion to Strike Plaintiffs' Purported Stipulation to Re-Open Discovery is due on or before March 13, 2014.

IT IS FURTHER ORDERED that a hearing on Defendant Ford Motor Company's Motion to Strike Plaintiffs' Purported Stipulation to Re-Open Discovery (#35) is scheduled for 10:00 a.m., March 20, 2014, in Courtroom 3D.

DATED this 27th day of February, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE